No. 81–1180. DICKERSON, DIRECTOR, BUREAU OF ALCOHOL, TOBACCO AND FIREARMS *v.* NEW BANNER INSTITUTE, INC. C. A. 4th Cir. [Certiorari granted, 455 U. S. 1015.] Motion of the Solicitor General for leave to file a second supplemental brief after argument granted.

No. 81–1717. AMERICAN BANK & TRUST CO. ET AL. *v.* DALLAS COUNTY ET AL.; BANK OF TEXAS ET AL. *v.* CHILDS ET AL.; and WYNNEWOOD BANK & TRUST ET AL. *v.* CHILDS ET AL. Ct. App. Tex., 5th Sup. Jud. Dist. [Certiorari granted, *ante*, p. 966.] Motion of Texas Association of Appraisal Districts et al. for leave to file a brief as *amici curiae* granted. JUSTICE O'CONNOR took no part in the consideration or decision of this motion.

No. 81–1985. EDWARD J. DeBARTOLO CORP. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 4th Cir. [Certiorari granted, *ante*, p. 904.] Motion of respondent Florida Gulf Coast Building Trades Council, AFL–CIO, for leave to file motion for divided argument out of time denied.

No. 81–2257. BILL JOHNSON'S RESTAURANTS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. [Certiorari granted, *ante*, p. 942.] Motion of American Federation of Labor and Congress of Industrial Organizations for leave to file a brief as *amicus curiae* granted.